**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:        Bryce Carpenter v. Daspit Law Firm, PLLC

Appellate case number:    01-22-00282-CV

Trial court case number:  2022-13046

Trial court:                        189th District Court of Harris County

Date Motion Filed:            August 23, 2022

Party filing motion:          Appellant

On August 16, 2022, this Court dismissed the appeal of appellant, Bryce Carpenter, for failure to pay the appellate filing fees. On August 18, 2022, appellant paid the filing fees. On August 23, 2022, appellant filed a motion for rehearing of the judgment dismissing his appeal.

We withdraw our opinion and judgment issued on August 16, 2022 and reinstate this case on the Court's active docket. **Appellant's brief is due within 30 days of the date of this order.**

It is so ORDERED.

Judge's signature: /s/ Julie Countiss___
                              Acting for the Court

Panel consists of: Justices Kelly, Countiss, and Rivas-Molloy.

Date: October 18, 2022